IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02410-CBS | Date: January 22, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:* *Counsel:*

WHO YA GONNA CALL BARK BUSTERS PTY., LTD.,     Jeffrey Faucette

Plaintiff,

v.

G'DAY PET CARE, LLC, *et al.,*     Marc Levy

Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 08:23 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding *Defendant G'Day Pet Care, LLC's MOTION [16] to Dismiss Plaintiff's Claims Under 15 U.S.C. § 1125(a)*.  Mr. Levy rests on the briefs.  Mr. Faucette provides oral argument.

**ORDERED:**     *Defendant G'Day Pet Care, LLC's MOTION [16] to Dismiss Plaintiff"s Claims Under 15 U.S.C. § 1125(a)* is **GRANTED without prejudice.**  The first and second claims for relief are dismissed without prejudice.

         The Plaintiff is given leave to file an amended complaint and it must be filed by **February 12, 2015.**

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each distinct group of parties shall be limited to **10** depositions.
Each distinct group of parties shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.
Joinder of Parties/Amendment to Pleadings: **February 20, 2015**
Discovery Cut-off: **June 26, 2015**

Dispositive Motions Deadline: **July 24, 2015**
Each side shall be limited to **2** expert witnesses, absent leave of court.
Parties shall designate affirmative experts **on or before: May 15, 2015**
Parties shall designate rebuttal experts **on or before: June 15, 2015**

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than THIRTY THREE DAYS** prior to close of discovery.

**ORDERED:**   A Telephone Status Conference is set for **July 1, 2015 at 8:30 a.m. Mountain Time**, to discuss any possible pending motions for summary judgment and to set a Final Pretrial Conference and Trial date if necessary.  Parties participating in the conference shall initiate a conference call amongst themselves and call the Court at (303) 844-2117 at the scheduled time.

**Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

Discussion regarding *REQUEST[29] to Enter Default as to Defendant Liam Crowe*.

Scheduling Order is signed and entered with interlineations.

Hearing concluded.

**Court in recess: 08:50 a.m.**
Total time in court:     00:27

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.